238 So.2d 748

**STATE of Louisiana ex rel.
Ronald J. MELAN**

v.

**C. Murray HENDERSON, Warden Louisiana
State Penitentiary et al.**

**No. 50788.**

Sept. 10, 1970.

Application denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

BARHAM, J., is of the opinion that the writ should be granted. See my dissent in State ex rel. Ardoin v. Henderson, 255 La. 1029, 233 So.2d 923, (1970).